# DISTRICT COURT OF MARYLAND FOR Queen Anne's County

**LOCATED AT (COURT ADDRESS):** 120 Broadway, Suite 1, Centreville, MD 21617

**CASE NO.:** CV

**COMPLAINT:** ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are: See attached.

## PARTIES

**Plaintiff:** Bruce Barr and Anne Barr, 416 Chesapeake Avenue, Stevensville, MD 21666

**VS.**

**Defendant(s):**

1. Flagstar Bank FSB, Serve on Resident Agent Joseph P. Campanelli — Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. President + CEO, 5151 Corporate Drive, Troy, Michigan 48098 — Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. (blank)

4. (blank)

(See Continuation Sheet)
☐ Legal
☐ Contractual _____%

The Plaintiff claims:
☒ $ 4,000.00 plus interest of $ _____ and attorney's fees of $ 6,500.00 plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief,

Signature of Plaintiff/Attorney/Attorney Code
Signer's Address: 28 W. Allegheny Ave #1210, Towson, MD 21204
Signer's Telephone Number: 410-821-0025
Signer's Facsimile Number, if any: 410-821-0046
Signer's E-mail Address, if any: _____

## ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code:
Gerard P. Uehlinger, ESQ.
28 W. Allegheny Ave., #1210
Towson, MD 21204
(410) 821-0025

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____ Date _____ Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____ Date _____ Signature of Affiant

DC/CV 1 (front) (Rev. 11/2012)

## NOTICE TO DEFENDANT

### Before Trial

If you agree that you owe the Plaintiff the amount claimed, you may contact the Plaintiff (or Plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim, you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons).** The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the Court to consider. **If you do nothing, a judgment could be entered against you.**

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING**, you may:

1. **APPEAL** to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA 109A), unless the Court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:
   - **more than $5,000**, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA 27BR).
   - **$5,000 or less**, you will have a new trial in the Circuit Court.

   On your trial date you should bring with you any evidence that you want the Court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the Court denies your Motion, you may still file an appeal; if the Court grants your Motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the Plaintiff or Plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the Plaintiff or Plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.

2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.

3. **Writ of Execution:** The Court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form - DC/CV 40. Further, the Court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.

4. **Garnishment of Property:** The Court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.

5. **Garnishment of Wages:** The Court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

If you have any questions, you should consult an attorney. The clerk of the Court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.

## NOTICE TO PLAINTIFF

1. If the Court enters a judgment for a sum certain, you have the right to file for a lien on real property.

2. If you disagree with the outcome of the case, you have the same post-trial rights as the Defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC/CV 1 (back) (Rev. 11/2012)

| | |
|---|---|
| BRUCE BARR and<br>ANNE BARR<br>416 Chesapeake Avenue<br>Stevensville, Maryland 21666<br><br>Plaintiffs<br><br>v.<br><br>FLAGSTAR BANK, FSB<br><br>Serve On:<br><br>Joseph P. Campanelli<br>President and CEO<br>5151 Corporate Drive<br>Troy, Michigan 48098 | * IN THE<br>* DISTRICT COURT<br>* OF MARYLAND<br>* FOR<br>* QUEEN ANNE'S COUNTY<br>*<br>* Case No.:<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

BRUCE BARR and ANNE BARR, Plaintiffs, by and through their attorney, Gerard P. Uehlinger, sue FLAGSTAR FSB, Defendant, and as grounds therefore say:

1. Venue is proper in Queen Anne's County as Flagstar Bank, FSB, Defendant, regularly does business in Queen Anne's County.

2. Plaintiffs herein refinanced their home on June 26, 2007, as evidenced by a Note of same date. In the course of a later foreclosure action against Plaintiffs herein, Plaintiffs discovered that the Note was sold or otherwise transferred on March 14, 2012. Said transfer and Assignment of Security Interest was not filed in the land records of Queen Anne's County until November 20, 2012. See copy of Assignment attached hereto as **Exhibit A**.

3. Plaintiffs never received notice of the sale or transfer of the Note until November 2012. This is a violation by Defendants of Section 131(g) of the Truth in Lending Act (15 U.S.C. § 1641) ("TILA"), which was amended on May 9, 2009, to include a new provision requiring the assignee of a mortgage loan to notify a consumer borrower that the loan has been transferred. Section 131(g) requires the new owner or assignee of a mortgage loan to notify the borrower in writing when the mortgage loan is sold or otherwise transferred, and this notification must include the following:

(a) The assignee's identity, address and phone number;

(b) The date of transfer;

(c) Contact information for an agent or party having authority to act on behalf of the assignee;

(d) The location of the place where transfer of ownership of the debt is recorded; and

(e) Any other relevant information regarding the assignee.

Plaintiffs received no such letter stating that their loan had been transferred to a new owner. An Assignee that violates this notice requirement is subject to civil penalties under Section 130(a) of TILA, which after July 31, 2009 can be up to Four Thousand Dollars ($4,000.00) that an individual may recover for each TILA violation in connection with a closed-end loan secured by a real property or a dwelling increased.

4.  Defendant has thus violated TILA by its failure to notify Plaintiffs of the sale or other transfer of the mortgage loan.

5.  Plaintiffs are entitled to recover reasonable attorneys fees under the TILA Statute.

6.  Flagstar Bank, FSB, does not appear to have a Resident Agent in Maryland, although it evidently has several branch offices in Maryland.

WHEREFORE, Plaintiffs demand Four Thousand Dollars ($4,000.00) compensatory damages against Flagstar Bank, FSB, Defendant, plus costs, attorney fees, and such other and further relief as justice may require.

*[signature]*
Gerard P. Uehlinger
28 West Allegheny Avenue
Suite 1210
Towson, Maryland 21204
Phone: 410-821-0025
Attorney for Plaintiffs

LIBER2148 FOLIO380

DOC. NO. 419605

**TRANSFER AND ASSIGNMENT OF SECURITY INSTRUMENT**

RECEIVED
CLERK, CIRCUIT COURT
2012 NOV 20 PM 12: 21
QUEEN ANNE'S COUNTY

MIN: 100198800070600054
MERS Phone: 1-888-679-6377

Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for Residential Mortgage Solutions, Inc. does hereby assign, transfer, set over and convey unto Flagstar Bank, FSB, its successors or assigns, that certain Deed of Trust executed by Bruce Barr and Anne Barr, dated June 26, 2007, and recorded among the land records of Queen Anne's County, Liber 1702 Folio 289, on July 5, 2007, together with the real property therein described, known as 416 Chesapeake Avenue, Stevensville, MD 21666; its right, title and interest in and to the said Deed of Trust, and the property therein described.

WITNESS its hand and seal this 14 day of MARCH, 2012.

Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Residential Mortgage Solutions, Inc.

BY: _____
SEAN KELLY
Title: _____
VICE PRESIDENT

STATE OF MICHIGAN
COUNTY OF OAKLAND

```
IMP FD SURE $        40.00
RECORDING FEE        20.00
TOTAL                60.00
Res# 0A01    Rcpt # 84263
SM     DP    Blk # 1204
Nov 20, 2012         12:22 PM
```

The undersigned, VANESSA ELLISON, a Notary Public in and for the State and County aforesaid, do hereby certify that SEAN KELLY, VICE PRESIDENT, personally appeared before me in the jurisdiction aforesaid, and, being duly sworn and personally well known to me or reasonably proven to be the person who executed the foregoing Appointment of Substitute Trustees, acknowledged the same to be his/her willful act and deed in his/her corporate capacity and that of the said party of the first part, and that he/she has lawful authority to execute same.

Given under my hand and seal this 14 day of MARCH, 20 12.

VANESSA M ELLISON
Notary Public, State of Michigan
County of Wayne
My Commission Expires 1/21/2018
Acting in Oakland County, MI

Notary Public
My Commission Expires:

AFTER RECORDING, RETURN TO:
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD 21204

COHN, GOLDBERG &
DEUTSCH, LLC
ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204
410-296-2550
File #: 438754

RBIDJSDVJJIDPVSUIJM oeISf dpset *I\NTBIDFl69.3473^TN I3259-lq/l1491/IQsjou el170l703124/IP orjof l2203803123/



PLAINTIFF'S
EXHIBIT
A



CERTIFIED MAIL

7112 2557 3040 5032 2622

"RESTRICTED DELIVERY"

FLAGSTAR BANK, FSB
SERVE RSA:JOSEPH P.CAMPANELLI,PRES.&CEO
5151 CORPORATE DRIVE
TROY, MI 48098

IF UNDELIVERABLE RETURN TO
DISTRICT COURT OF MARYLAND #3-4
120 BROADWAY - BOX 1
CENTREVILLE MD 21617-1092